# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **ROBERT LEE GASTON** | **CIVIL ACTION NO. 13-2952** |
| **LA. DOC #97308** | **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN JERRY GOODWIN** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Claim 1 of the Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted and that Claim 2 of the Petition be deemed **SUCCESSIVE** and **DISMISSED** for lack of jurisdiction.

**MONROE, LOUISIANA, this 6th day of February, 2014.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE