UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ROBERT LEE GASTON** <br> LA. DOC #97308 | **CIVIL ACTION NO. 13-2952** <br> **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN JERRY GOODWIN** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

**MONROE, LOUISIANA, this 6th day of February, 2014.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE